```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed August 31, 2012

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-46412 MEH |
| **DEREK PATRICK CAMPBELL,** | Chapter 13 |
| Debtor. | |
| | **ORDER MODIFYING CHAPTER 13 PLAN** |
| | Judge M. Elaine Hammond<br>Date: August 28, 2012<br>Time: 10:00 a.m.<br>Ctrm: 215 |
| | **Northern District of California – Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612** |
| _____/ | _____ |

   Counsel's motion to modify plan having come before the court at the above-captioned time and place, appearances having been noted on the record and good causing appearing;

1     **IT IS HEREBY ORDERED** that debtor's Chapter 13 plan be modified as
2 follows:
3     Debtor shall surrender the real property located at 1814 Badger
4 Pass Way, Antioch, CA 94531 to JPMorgan Chase Bank, NA & the Contra
5 Costa County Tax Collector.
6     Commencing June 2012, debtor will pay $825 per month to the
7 Trustee.  Any plan arrearages shall be forgiven.  Unsecured, non-
8 priority creditors shall be paid on a pro-tanto basis.
9                              \*\*\* END OF ORDER \*\*\*

```
1                          COURT SERVICE LIST

2   JPMorgan Chase Bank, NA
    C/o Pite Ducan, LLP
3   4375 Jutland Drive, Suite 200
    PO Box 17933
4   San Diego, CA 92177-0933

5
    JPMorgan Chase Bank, National Association
6   Attn: OH4-7302
    3415 Vision Drive
7   Columbus, OH 43219

8
    Contra Costa County Tax Collector
9   PO Box 7002
    San Francisco, CA 94120-7002
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
```